# Court of Appeals
# of the State of Georgia

ATLANTA, April 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1481. KYLE RAMSEY v. KRISTINA RAMSEY.

After the trial court granted Kristina Ramsey a twelve-month protective order under the Family Violence Act, OCGA § 19-13-1 et seq., respondent Kyle Ramsey filed a notice of appeal in the trial court. We lack jurisdiction.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary appeal in the appellate court. See OCGA § 5-6-35(a)(2), (b), (d); *Phaneuf v. Anthony*, 375 Ga. App. 636, 637 (917 SE2d 191) (2025); Court of Appeals Rule 31.[1] "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Kyle's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/15/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*

---

[1] Though Kyle states in his notice of appeal that he has filed an application for discretionary appeal in this Court, no such filing has been docketed in this Court.